United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br>　　　　Plaintiff,<br>　vs.<br>DIRECTOR WARDEN, et al.,<br>　　　　Defendant(s). | No. C 07-01598 JW (PR)<br>**ORDER CONSOLIDATING CASES** |

| | |
|---|---|
| WILLIE WEAVER,<br>　　　　Plaintiff,<br>　vs.<br>DIRECTOR P.B.S.P. WARDEN, et al.,<br>　　　　Defendant(s). | No. C 07-02005 JW (PR) |

| | |
|---|---|
| WILLIE WEAVER,<br>　　　　Plaintiff,<br>　vs.<br>PELICAN BAY STATE PRISON THIRD WATCH, et al.,<br>　　　　Defendant(s). | No. C 07-02011 JW (PR) |

| | |
|---|---|
| WILLIE WEAVER,<br>　　　　Plaintiff,<br>　vs.<br>TRUST OFFICE,<br>　　　　Defendant. | No. C 07-02302 JW (PR) |

N:\Pro - Se\7.27.2007\07-01598 Weaver01598_consolid.wpd

| | |
|---|---|
| WILLIE WEAVER,<br>           Plaintiff,<br>    vs.<br>DANIEL,<br><br>           Defendant. | No. C 07-02401 JW (PR) |

| | |
|---|---|
| WILLIE WEAVER,<br>           Plaintiff,<br>    vs.<br>NELSON,<br><br>           Defendant. | No. C 07-02706 JW (PR) |

| | |
|---|---|
| WILLIE WEAVER,<br>           Plaintiff,<br>    vs.<br>PELICAN BAY STATE PRISON, et al.,<br><br>           Defendant(s). | No. C 07-02707 JW (PR) |

| | |
|---|---|
| WILLIE WEAVER,<br>           Plaintiff,<br>    vs.<br>J. E. BACHMAN,<br><br>           Defendant. | No. C 07-02876 JW (PR) |

| | |
|---|---|
| WILLIE WEAVER,<br>           Plaintiff,<br>    vs.<br>DIRECTOR WARDEN, et al.,<br><br>           Defendant. | No. C 07-02878 JW (PR) |

The plaintiff in the above-entitled matters has filed a series of civil rights complaints, all appearing to arise out of a common nucleus of events and involve the

1  same defendants. On its own motion, the Court orders the cases consolidated.

2  The Consolidated case shall be entitled "In re Willie Weaver Section 1983
3  Claims I," and shall bear the Case Number of the earliest filed case: C 07-01598 JW
4  (PR).

5  After filing this Order in each of the cases, the clerk of the Court is ordered to
6  close the files on each of the other cases and terminate any pending motions therein.
7  All future filings by plaintiff with respect to the above-entitled cases shall be in the
8  consolidated case file.

10  DATED:      July 25, 2007           _____
11                                       JAMES WARE
                                         United States District Judge

**United States District Court**
For the Northern District of California

N:\Pro - Se\7.27.2007\07-01598 Weaver01598_consolid.wpd    3