12/23/07
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

FILED

DEC 2 6 2007

RICHA... ...KING
CLER... ...COURT
NORTHERN ...... OF CALIFORNIA

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA

WILLIE WEAVER,

PLAINTIFF,

VS.
PELICAN BAY STATE
PRISON,

DEFENDANT(S),

CASE NO. C-07-2401
JW (PR)

MOTION TO VACATE
JUDGEMENT

YOUR HONORABLE JUDGE!
OFFICE OF THE CLERK!

PLAINTIFF MOVE IN THIS COURT FOR AN
ORDER PURSUANT TO RULE 59 (E) OF
THE FEDERAL RULES OF CIVIL PRO-
-CEDURE VACATING THE JUDGEMENT
OF THIS COURT. THIS MOTION IS BASED
ON THE PAPERS AND FILES IN THIS
MATTER.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES
DISTRICT COURT FOR
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,

VS.                              CASE NO. C-07-2401
                                 JW (PR)

PELICAN BAY,

STATE PRISON,          /  PROOF OF SERVICE
         DEFENDANT(S).

I HEREBY CERTIFY THAT ON ', 12/23/07 , I
SERVED A COPY OF THE ATTACHED
          THREE EXACT MOTION TO
VACATE JUDGEMENT

by PLACING A COPY IN A POSTAGE PAID
ENVELOPE ADDRESSED TO THE PERSON(S)
HERE IN AFTER LISTED, by DEPOSITING
SAID ENVELOPE IN THE UNITED STATES
MAIL AT; PELICAN BAY STATE PRISON
P.O. BOX 7000 CRESCENT CITY,
CA. 95531,
(LIST NAME AND ADDRESS OF EACH
DEFENDANT OR ATTORNEY SERVED)
OFFICE OF THE CLERK IN THE UNITED
STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA 450 GOLDEN
GATE AVENUE
    SAN FRANCISCO, CA. 94102.
I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

                              Willie Weaver
                              SIGNATURE