**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DANIAL, ) <br> ) <br> Defendant. ) <br> ) | No. C 07-02401 JW (PR) <br><br> ORDER DENYING MOTION TO VACATE JUDGMENT <br><br><br><br><br> (Docket No. 8) |

Plaintiff filed a motion to vacate judgment (Docket No. 8) pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. Rule 59 permits parties to an action in which there has been a trial by jury to move for a new trial for the reasons set forth therein. See Fed. R. Civ. P. 59(a). This action was consolidated with case number C 07-01598 JW (PR), in which there was no trial by jury as Plaintiff's complaint was dismissed pursuant 28 U.S.C. §1915(g). See In re Willie Section 1983 Claims I, No. C 07-01598 JW PR (N.D. Cal. Sept. 25, 2007) (Docket No. 10). Accordingly, Plaintiff's motion is DENIED.

This order terminates Docket No. 8.

DATED:  July 7, 2008

*James Ware*
JAMES WARE
United States District Judge

Order Denying Motion to Vacate Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver02401_motion.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>             Plaintiff,<br><br>   v.<br><br>DANIEL,<br><br>             Defendant.         / | Case Number: CV07-02401 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   7/9/2008  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated:   7/9/2008

Richard W. Wieking, Clerk
/s/  By: Elizabeth Garcia, Deputy Clerk